# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                         NO. 2022 KW 0110

VERSUS

MILES JOSEPH HURSEY                                  **APRIL 25, 2022**

---

In Re:    Miles Joseph Hursey, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          Nos. 535,917 & 538,054.

---

**BEFORE:    WHIPPLE, C.J., THERIOT AND HESTER, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **MRT**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sm_
DEPUTY CLERK OF COURT
     FOR THE COURT